991 A.2d 307

**EUR SYSTEMS, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, Appellee.**

Supreme Court of Pennsylvania.

March 24, 2010.

460

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of March, 2010, the Order of the Commonwealth Court is **AFFIRMED.**